## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YVETTE JONES | CIVIL ACTION |
| VERSUS | NUMBER: 13-353   SECTION: G(5) |
| METROPOLITAN HUMAN SERVICES DISTRICT, ET AL. | JUDGE NANNETTE BROWN |
| | MAGISTRATE JUDGE ALMA CHASEZ |

### MOTION TO DISMISS

**NOW INTO COURT**, comes the Louisiana Attorney General, who pursuant to Rules 12(b)(2),(4),&(5) of the Federal Rules of Civil Procedure seek dismissal of plaintiff's complaint for the following reasons:

Plaintiff's process and service in her attempt to sue the captioned defendants is insufficient. As such, her complaint should be dismissed pursuant to FRCP Rules 12(b)(4) and (5), because plaintiff violated FRCP Rule 4(m) in failing to properly serve her complaint within 120 days of filing. Further, plaintiff's insufficient process and service fails to provide this honorable court with personal jurisdiction over the captioned defendants. Thus, plaintiff's complaint should also be dismissed pursuant to FRCP Rule 12(b)(2).

**WHEREFORE**, the Louisiana Attorney General prays that this honorable court grants his motion to dismiss plaintiff's complaint at her cost.

          Respectfully submitted,

          **JAMES D. "BUDDY" CALDWELL**
          **ATTORNEY GENERAL**

**BY**    __/s/  Lance Guest_____
          **LANCE S. GUEST (La. Bar No. 25403)**
          **Assistant Attorney General**
          Louisiana Department of Justice
          Litigation Division
          400 Poydras Street, Suite 1600
          New Orleans, Louisiana  70130
          Telephone No.:  (504) 599-1200
          Facsimile No.:  (504) 599-1212
          E-Mail:  guestl@ag.state.la.us

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Done in New Orleans, Louisiana on this the 10th day of December, 2013.

          _____/s/  Lance Guest_____
          **LANCE S. GUEST**

\\Litno1\DATA\SECTION\CIVRIGHT\Guest, Lance\Jones, Yvette\Pleadings\Motion To Dismiss.Docx