UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YVETTE JONES

*Plaintiff*

v.                                                         File No.: 13-cv-00353

                                                          Judge:  NJB   Mag  ALC

METROPOLITAN HUMAN SERVICES DISTRICT,
STATE OF LOUISIANA,
ROSE ANDREWS,
DONNA FEANCIS,
JUDGE CALVIN JOHNSON, and
SIRWANA GRANGER

*Defendants*

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure the Plaintiff, YVETTE JONES, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, METROPOLITAN HUMAN SERVICES DISTRICT, STATE OF LOUISIANA; ROSE ANDREWS; DONNA FEANCIS; JUDGE CALVIN JOHNSON; and SIRWANA GRANGER

February 2, 2014

Respectfully Submitted
June 24, 2013

                                                    s/ Reva Lupin
                                                  REVA LUPIN  (21323)
                                                  Attorney for Yvette Jones
                                                  6 Tara Place
                                                  Metairie, LA 70002
                                                  504-889-0450
                                                  FAX 866-613-6209

**CERTIFICATION**

NOTICE TO THE DEFENDANTS WERE DISTRIBUTED THROUGH ECF IN CONJUNCTION WITH THE FILING.

s/ Reva Lupin